UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

vs.                                           CASE NO: 2:22-CV-1096-GMB

FORESTDALE PLAZA, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss the above-styled case with prejudice, per the settlement agreement entered into between the parties. Except as contained in the settlement agreement of the parties, each party shall bear its own attorneys' fees, costs, and expenses.

    Dated this the 22nd day of September, 2022.

                                                    Respectfully submitted,

                                                  *s/ Edward I. Zwilling*
                                                  Edward I. Zwilling
                                                  Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone: (205) 822-2701

Email: edwardzwilling@zwillinglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant. **A copy has also this date been emailed to Mr. Urmish Patel, Defendant's Registered Agent, at urmishp@gmail.com**.

*s/ Edward I. Zwilling*
Edward I. Zwilling